# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:14-cv-0630 |
| vs. | § | Consolidated Lead Case |
| | § | |
| ZULILY, INC., | § | JURY DEMAND |
| | § | |
| Defendant. | § | |
| SOCIAL CONCEPTS, INC. | § | Case No. 2:14-cv-0650 |
| AUTOTRADER.COM, INC. | § | Case No. 2:14-cv-0651 |

## JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiff Emmanuel C. Gonzalez and Defendants Zulily, Inc, Social Concepts, Inc., and Autotrader.com, Inc. jointly move the Court for entry of the Proposed Docket Control Order submitted herewith. The parties have conferred and agree on the dates in the Proposed Order.

September 16, 2014

Respectfully submitted,

  /s/   M. Scott Fuller
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@lockelord.com
Paul D. Lein
   Texas Bar No. 24070133
   plein@lockelord.com
Darrian L. Campbell
   Texas Bar No. 24087250
   dcampbell@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEYS FOR PLAINTIFF EMMANUEL C. GONZALEZ**

  /s/ Ryan J McBrayer *w/ permission*
Ryan J McBrayer
Perkins Coie LLP - Seattle
1201 Third Avenue
Ste 4900
Seattle, WA 98101-3099
206-359-3073
Fax: 206-359-4073
Email: rmcbrayer@perkinscoie.com

**ATTORNEY FOR DEFENDANT ZULILY, INC.**

  /s/ John M Guaragna *w /permission*
John M Guaragna
DLA Piper US LLP - Austin
401 Congress Ave
Suite 2500
Austin, TX 78701-3799
512/457-7000
Fax: 512/457-7001
Email: John.Guaragna@dlapiper.com

**ATTORNEY FOR DEFENDANT
SOCIAL CONCEPTS, INC.**

  /s/ Alan D Albright *w/ permission*
Alan D Albright
Sutherland Asbill & Brennan LLP - Austin
600 Congress Avenue
Suite 2000
Austin, TX 78701
512-721-2710
Fax: 512-721-2656
Email: alan.albright@sutherland.com

**ATTORNEY FOR DEFENDANT
AUTOTRADER.COM, INC.**

### CERTIFICATE OF SERVICE

    I hereby certify that on September 16, 2014, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record. The foregoing document is being filed under seal.

                      /s/ M. Scott Fuller

DAL:0104995/00010:2319219v1