IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:14-cv-0630 |
| vs. | § | Consolidated Lead Case |
| | § | |
| ZULILY, INC., | § | JURY DEMAND |
| | § | |
| Defendant. | § | |
| SOCIAL CONCEPTS, INC. | § | Case No. 2:14-cv-0650 |
| AUTOTRADER.COM, INC. | § | Case No. 2:14-cv-0651 |

**JOINT MOTION FOR ENTRY OF DISCOVERY ORDER**

Plaintiff Emmanuel C. Gonzalez and Defendants Zulily, Inc, Social Concepts, Inc., and Autotrader.com, Inc. jointly move the Court for entry of the Proposed Discovery Order submitted herewith. The parties have conferred and agree on the content of the Proposed Order.

| | |
|---|---|
| September 16, 2014 | Respectfully submitted, |

                                                              /s/   M. Scott Fuller  
M. Scott Fuller  
   Texas Bar No. 24036607  
   sfuller@lockelord.com  
Paul D. Lein  
   Texas Bar No. 24070133  
   plein@lockelord.com  
Darrian L. Campbell  
   Texas Bar No. 24087250  
   dcampbell@lockelord.com  
**LOCKE LORD LLP**  
2200 Ross Avenue, Suite 2200  
Dallas, Texas  75201-6776  
Telephone:  (214) 740-8000  
Facsimile:  (214) 740-8800  

**ATTORNEYS FOR PLAINTIFF**  
**EMMANUEL C. GONZALEZ**


  /s/ Ryan J McBrayer *w/ permission*  
Ryan J McBrayer  
Perkins Coie LLP - Seattle  
1201 Third Avenue  
Ste 4900  
Seattle, WA 98101-3099  
206-359-3073  
Fax: 206-359-4073  
Email: rmcbrayer@perkinscoie.com  

**ATTORNEY FOR DEFENDANT**  
**ZULILY, INC.**

   /s/ John M Guaragna *w /permission*
John M Guaragna
DLA Piper US LLP - Austin
401 Congress Ave
Suite 2500
Austin, TX 78701-3799
512/457-7000
Fax: 512/457-7001
Email: John.Guaragna@dlapiper.com

**ATTORNEY FOR DEFENDANT
SOCIAL CONCEPTS, INC.**

   /s/ Alan D Albright *w/ permission*
Alan D Albright
Sutherland Asbill & Brennan LLP - Austin
600 Congress Avenue
Suite 2000
Austin, TX 78701
512-721-2710
Fax: 512-721-2656
Email: alan.albright@sutherland.com

**ATTORNEY FOR DEFENDANT
AUTOTRADER.COM, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 16, 2014, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.  The foregoing document is being filed under seal.

   /s/ M. Scott Fuller