**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EMMANUEL C. GONZALEZ, § § *Plaintiff*, § § v. § § ZULILY, INC., § § *Defendant*. § § § | Civil Action No. 2:14-cv-00630-JRG-RSP **LEAD CASE** |

## ZULILY INC.'S NOTICE OF COMPLIANCE

Defendant zulily, Inc. ("Zulily") hereby notifies the Court that its Initial Disclosures, in accordance with the proposed Docket Control Order (ECF No. 38-1) and paragraph 1 of the proposed Discovery Order (ECF No. 39-1), were served on Plaintiff Emmanuel C. Gonzalez and counsel of record for each of the consolidated defendants on October 3, 2014.

Dated: October 3, 2014                    Respectfully submitted,

*/s/ Ryan J. McBrayer*
Ryan J. McBrayer
rmcbrayer@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Tel:  206-359-3073 / Fax: 206-359-4073

ATTORNEY FOR DEFENDANT
ZULILY, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(C) on October 3, 2014.  Any other counsel of record will be served via facsimile or electronic mail pursuant to Local Rule CV-5(d).

*/s/ Ryan J. McBrayer*
Ryan J. McBrayer