**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMMANUEL C. GONZALEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 2:14-cv-0630 |
| | § | |
| **ZULILY, INC.,** | § | JURY DEMAND |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT AND AGREED MOTION TO STAY

Plaintiff Emmanuel C. Gonzalez and Defendant Zulily, Inc. (collectively as "the Parties") hereby jointly and respectfully notify the Court that a Settlement Agreement has been agreed upon, in principle, between the Parties.

Pending the filing of final dismissal papers, the Parties hereby jointly request a full stay of all deadlines relating to this action as between the Parties. The present Motion is intended to allow time for the Parties to finalize the written settlement agreement.

A proposed Order is being submitted herewith.

Date: November 24, 2014  Respectfully submitted,

/s/ M. Scott Fuller
M. Scott Fuller
  Texas Bar No. 24036607
  sfuller@lockelord.com
Paul D. Lein
  Texas Bar No. 24070133
  plein@lockelord.com
Darrian L. Campbell
  Texas Bar No. 24087250
  dcampbell@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEYS FOR PLAINTIFF
EMMANUEL C. GONZALEZ**


/s/ Ryan McBrayer
Ryan McBrayer
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099

**COUNSEL FOR DEFENDANT
ZULILY, INC.**


## CERTIFICATE OF SERVICE

　　The undersigned certifies that on November 24, 2014, the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Texas, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.


　　　　　　　　　　　　　　　　　　/s/ M. Scott Fuller