IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 2:14-cv-0630 |
| | § | |
| ZULILY, INC., | § | JURY DEMAND |
| | § | |
| Defendant. | § | |

### NOTICE OF SETTLEMENT AND AGREED MOTION TO STAY

Plaintiff Emmanuel C. Gonzalez and Defendant Zulily, Inc. (collectively as "the Parties") hereby jointly and respectfully notify the Court that a Settlement Agreement has been agreed upon, in principle, between the Parties.

Pending the filing of final dismissal papers, the Parties hereby jointly request a full stay of all deadlines relating to this action as between the Parties. The present Motion is intended to allow time for the Parties to finalize the written settlement agreement.

A proposed Order is being submitted herewith.

| | |
|---|---|
| Date:  November 24, 2014 | Respectfully submitted, |

                                              /s/ M. Scott Fuller
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@lockelord.com
Paul D. Lein
   Texas Bar No. 24070133
   plein@lockelord.com
Darrian L. Campbell
   Texas Bar No. 24087250
   dcampbell@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800

**ATTORNEYS FOR PLAINTIFF**
**EMMANUEL C. GONZALEZ**


/s/ Ryan McBrayer
Ryan McBrayer
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099

**COUNSEL FOR DEFENDANT**
**ZULILY, INC.**


## CERTIFICATE OF CONFERENCE

     I hereby certify that on November 24, 2014, Scott Fuller, counsel for Plaintiff, conferred with Ryan McBrayer, counsel for Defendant, who stated that Defendant does not oppose this motion.

                                              /s/ M. Scott Fuller

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that on November 24, 2014, the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Texas, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.

                                                              /s/ M. Scott Fuller