IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:14-cv-0630 |
| vs. | § | Consolidated Lead Case |
| | § | |
| ZULILY, INC., | § | JURY DEMAND |
| | § | |
| Defendant. | § | |
| SOCIAL CONCEPTS, INC. | § | Case No. 2:14-cv-0650 |
| AUTOTRADER.COM, INC. | § | Case No. 2:14-cv-0651 |

**JOINT MOTION TO STAY
ALL DEADLINES AND DISCOVERY PENDING TRANSFER**

Plaintiff Emmanuel C. Gonzalez and Defendants Social Concepts, Inc., and Autotrader.com, Inc. jointly move the Court for entry of an Order Staying all deadlines, including all discovery-related deadlines and obligations.

The Court recently granted Defendants' separate Motions to Transfer to the District Courts for the Northern District of Georgia [Dkt. No. 80] and Northern District of California [Dkt. No. 79], respectively.  The parties expect that each transferee court will establish new docket control, discovery, and other related orders which will dictate the progression of discovery and trial in each respective case.  Accordingly, in order to proceed efficiently in each transferee court, and to ease the burden on this Court, the parties respectfully request that the Court stay all pending deadlines and discovery obligations.

A Proposed Order is being submitted herewith.  The parties have conferred and agree on the content of the Proposed Order.

1

March 26, 2015                                          Respectfully submitted,

   /s/   M. Scott Fuller
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@lockelord.com
Paul D. Lein
   Texas Bar No. 24070133
   plein@lockelord.com
Darrian L. Campbell
   Texas Bar No. 24087250
   dcampbell@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800
**ATTORNEYS FOR PLAINTIFF**
**EMMANUEL C. GONZALEZ**


 /s/ John M Guaragna *w /permission*
John M Guaragna
DLA Piper US LLP - Austin
401 Congress Ave
Suite 2500
Austin, TX 78701-3799
512/457-7000
Fax: 512/457-7001
Email: John.Guaragna@dlapiper.com
**ATTORNEY FOR DEFENDANT**
**SOCIAL CONCEPTS, INC.**


 /s/ Alan D Albright *w/ permission*
Alan D Albright
Sutherland Asbill & Brennan LLP - Austin
600 Congress Avenue
Suite 2000
Austin, TX 78701
512-721-2710
Fax: 512-721-2656
Email: alan.albright@sutherland.com
**ATTORNEY FOR DEFENDANT**
**AUTOTRADER.COM, INC.**

2

## CERTIFICATE OF SERVICE

  I hereby certify that on March 26, 2015, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                 /s/ M. Scott Fuller

DAL:0104995/00011:2369668v1